[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 168.]

THE STATE OF OHIO, APPELLEE, *v.* SHELLY, APPELLANT.

[Cite as *State v. Shelly*, 1998-Ohio-555.]

*Court of appeals' judgment affirmed on the authority of State v. Rush.*

(No. 98-598—Submitted August 19, 1998—Decided September 23, 1998.)

CERTIFIED by the Court of Appeals for Medina County, No. 2676-M.

———————————

*Mentzer, Vuillemin & Mygrant, Ltd.*, and *Donald J. Malarcik, Jr.*, for appellant.

———————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————